IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTHUR BROWN, JR., § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:09-CV-74 |
| § | |
| BOBBY LUMPKIN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| *Respondent*. § | |

## ORDER

This Court, having considered the Petitioner's Motion to Substitute Counsel orders that, pursuant to 18 U.S.C. § 3599:

(1) Alexander Calhoun and Paul Mansur are permitted to withdraw as counsel for Mr. Brown;

(2) The Federal Public Defender for the Northern District of Texas, Capital Habeas Unit, is appointed as counsel for Mr. Brown.

It is so **ORDERED**.

SIGNED on February 16, 2023, at Houston, Texas.

Andrew S. Hanen
United States District Judge