United States District Court
Southern District of Texas
**ENTERED**
February 16, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ARTHUR BROWN, JR., § | |
|      Petitioner § | |
| § | |
| v. § | 4:09-CV-00074 |
| § | (Death Penalty Case) |
| BOBBY LUMPKIN, Director, § | (U.S. Dist. Judge Andrew Hanen) |
| Texas Department of Criminal § | |
| Justice, Correctional Institutions § | |
| Division § | |
|      Respondent. § | |

### ORDER

The Court **GRANTS** Respondent Bobby Lumpkin's motion for substitution of counsel. Accordingly, Erich Dryden is removed as counsel of record for Respondent and Tomee Heining is substituted in his place.

It is so ORDERED.

SIGNED February 16_____, 2023.

_____
Andrew S. Hanen
United States District Judge